

# Fourth Court of Appeals
## San Antonio, Texas

March 19, 2015

No. 04-15-00086-CR

**IN RE** George **ROSAS**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:        Sandee Bryan Marion, Chief Justice
                Karen Angelini, Justice
                Marialyn Barnard, Justice

On March 16, 2015, relator filed a motion for rehearing. The panel has considered the motion and it is DENIED.

It is so **ORDERED** on March 19, 2015.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2014CR5767, styled *The State of Texas v. George Rosas*, pending in the 226th Judicial District Court, Bexar County, Texas, the Honorable Sid L. Harle presiding.